

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION



RECEIVED
JUN 2 0 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Jun 20, 2008

Mr. Vincent Thompson, III

_____
(Enter above the full name
of the plaintiff or plaintiffs in
this action)

08CV 3569
JUDGE GOTTSCHALL
MAGISTRATE JUDGE BROWN

vs.

20th Circuit — Randoulph County AH, Ill.,
20th Circuit — St. Clair County AH;
Chester Mental Health Center,
Illinois Department of Human Rights,
Illinois Sercurity Hospital of Illinois,
CMHC. Treatment Team of Local 424 Union,
Ms. Patricia Kelly, Administer,
Mr. David Ounker (C.O.S.) CMHC,
Dr. Rao: Nageswara Vallabhaneni, Psych!!!

Case No: _____
(To be supplied by the Clerk of this Court)

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:

**X**  COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

_____  COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

_____  OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

A. Name: *Mr. Vincent Thompson, III doing business as*

B. List all aliases: *Prince Hassan Bey next Sultan III of Moorocco*

C. Prisoner identification number: *200400081750 old No. Cook County,*

D. Place of present confinement: *1315 Lehmen Drive, CMHC,*

E. Address: *1315 Lehmen Drive Chester ILL, 62233-2542.*

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: *20th Circuit Randoulph County Illinois,*

Title: *County or Province of Land In Illinois,*

Place of Employment: *Chester Mental Health Center.*

B. Defendant: *20th Circuit St. Clair County of Illinois.*

Title: *County or Province of the Land In Illinois,*

Place of Employment: *Illinois Security Hospital of Illinois,*

C. Defendant: *Dr. Mr. Rao; Mr. David Dunker (COS) Ms. Pat Kelly, Adm*

Title: *Patricia Kelly Director, David Dunker#1 Sercurity, Dr. Rao,*

Place of Employment: *Chester Mental Health Center.*

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: *Mr. Vincent Thompson. III. Vs. County Of Cook. 05-C-5428 Federal.*

B. Approximate date of filing lawsuit: *MAY - 2006th.*

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: *Just myself. As Mr. Vincent Thompson. III.*

D. List all defendants: *# P.D. At that time Jay Lavine + Richard his Brother.*

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): *Northern District Of Illinois.*

F. Name of judge to whom case was assigned: *Judge Wayne R. Anderson; An Magistrate Coles, Overseen by Judge Rebecca Palmyer,*

G. Basic claim made: *By Judge Kazmerski Two Hearsings both, Not Not Guilty, On A So Called Mental Health Claus, Which I Dn't Have. Then want Me Locked up for My Money, Which They Are collecting My Intrest Daily even Here!!!*

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): *Never dismissed, An went too the Appeallated for a wild. P.D. Fredrick Wels, Took So long It was pulled before Verdict, End Back In Circuit Court Double Jeapridy,*

I. Approximate date of disposition: *2000 to 2002 years.*

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

Revised 9/2007

IV.  **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

My Rights as a Defender In a Tribounal Court of Law was Sabatage when I was charged with these Offences, which I was never proved beyound a reasonable doubt of any kind of Guilt. All hyperthetically with no proof or weapons, And one of the State witness was present Along with me And Others before an while this Murder & Sexual Assault happen, Lies were told too change the senario and make me look like a Psycho In Society which, I am not. And this whole ordeal has bruised my Integrety. The Witness for the State Ms, Yolanda Johnson was on Probation at the time, I believed she worked out a deal with the State too go free of All her Charges. The Deceased Sister never visited David Watson the little time I was there, Plus Two Men lived Upstairs. Upon Arrest on the scene, memoranum wasn't said.

I naturally envoked my Fifth Amendment Right. The District Attorney at the Police Station on 61st & Racine Ave. Said If I didn't plead Guilty too this crime, he and Lt. would give me a much worser crime. The enclosed Private Information In this suit well clear me of Murder & Rape plus Arm Robbery. Keep in mind the next morning after this happen I was schedule too be at a Record Company. My only worring was getting high with them. I don't drink. Four nites before the Murder happen the Deceased and his Johnson, was arrest at previous mention Police Station. Reasons unknown. Judge Kazmerski showed racial prejudice In his Court. He knew I had Money for bond so he use the Doctors excuse, I can't cooperate with my Lawyers or understand the court proceedure. They (the Doctors) lie on me for jealousy & spike by saying I was Mental cause my speech tone was louder than average, which my Mother stipulated In Court I have always been that way from Birth. They ignored her and insised I need some Psych Drugs too make me Normal. But offer them large sums of money they themselves wan't take what they procribe. Whats good for the goose, should be good for the gander!!!

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Remove Assembly Members from their Post Indefinently, for more year without Pay. Restitution If won by claiment Add Up the Year He Miss From Livelyhood And Future Earnings from 1996 To 2008. Licenses For Judge & All Attorneys Envolved In case Revoked For Good. All Saving, Bank Accounts go Too Plaintiff.

VI. The plaintiff demands that the case be tried by a jury: ☒ YES  ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 14th day of June, 2008

Mr. Vincent Thompson, III
(Signature of plaintiff or plaintiffs)

Mr. Vincent Thompson, III
(Print name)

#20040081750 : #697300
(I.D. Number)

Mr. Vincent Thompson, III
1315 Lehmen Drive
Chester, ILL, 62233-2542
(Address)



Law Office of the
## COOK COUNTY PUBLIC DEFENDER
2650 S. CALIFORNIA • 7TH FLOOR • CHICAGO, IL 60608 • (773) 869-3217 TEL • (773) 869-3247 FAX

Edwin A. Burnette • Public Defender

9

July 10, 2006

Vincent Thompson
ID# 2004-0081750
Cook County Department of Corrections
P.O. Box 089002
Chicago, Illinois

Dear Vincent,

Enclosed you will find the Aramark form that you claim indicates that you have over $12 million on your Jail account.

Regards,

MICHAEL W. MAYFIELD
Assistant Public Defender

MWM/jh

Encl.

# ARAMARK

Managed Services
*Managed Better*

Number Search | Name Search | Transactions | Sheets | Exit

2006J008 1750-THOMPSON, VINCENT

**BALANCE: $ 12,000,002.85**

| Stamp | Transaction | Amount | Balance |
|---|---|---|---|
| 05/24/2006 | CREDIT | 12,000,002.85 | 12,000,002.85 |
| 05/24/2006 | RETURN CREDIT | 0.00 | 0.00 |
| 05/18/2006 | ORDER DEBIT | 0.00 | 0.00 |
| 05/16/2006 | CREDIT | 0.00 | 0.00 |
| 05/04/2006 | RELEASE DEBIT | 0.00 | 0.00 |
| 05/04/2006 | CREDIT | 0.00 | 0.00 |
| 05/02/2006 | CREDIT | 0.00 | 0.00 |
| 04/27/2006 | ORDER DEBIT | 0.00 | 0.00 |
| 04/07/2006 | CREDIT | 0.00 | 0.00 |

Click A Transition To View The Detail or Print Full Report

© 2004 ARAMARK Corporation. All Rights Reserved.



**THE V.T.S.S. MONEY MACHINE**
Enhanced index funds have nearly tripled in number over the past 10 years, to 187. Assets, meanwhile, have grown more than fourfold, to $56 billion.

Enhanced Index Funds
Assets ($bil)
'96 '97 '98 '99 '00 '01 '02 '03 '04 '05 '06
SOURCE: MORNINGSTAR

⑥ Statement of Claim

After serveral evaluations, many never read in the Court, he sent me Too Chester Mental Health Center. After finding me not, not Guilty. the first Time 5 to 6 years. During then Attorney Fredrick Weil of the Appenlette Court represented my case. In the Illinois Appenlette Court, which was do without disscusion with my first Lawyer David Eppenstein Jr. Who retired without notifing me. Now I'm Stuck with Weil. Who tells me that the Appenlette Process don't look good. Meanwhile at Chester run by most Southerners (The Good Ole Boys) & KKK an NEO Nauttzeys white Supremist, Provoke, make fun of, Psychaly Abuse, Mental Abuse by Yelling, Angering the Patients, then offering them a P.R.N. After Agitating them & tieing them Down even leaving them In Suclusion for Two weeks at A Time. And not give us our State Quarly Allowance food, recreation, outside medical. Minorities are treated Bad opposed to their white Recipients. Sterotype Jokes And The Supervisor leads the way for Descrimination. A couple of cover up Murders happen here too! A year or least. I was do back at Cook County May 5th 2008 But some one called and told them too keep me don't bring me back. The took me too 20th Circuit Court June 8th 8:30 AM Room 2, Justice & P.D. unknown My lawyer could make It. I went Pro Say, the Judge whatever his Name was, didn't let me finish After I was sworen In. But they won. I never wanted A Bench Trial or A P.D. But they forced the Drugs And Court Processes on me. I want Justice!!

(OVER) Give me Liberty or Death. Mr. Vincent Chaney III ☺

Circuit Court of Cook Got Me Down Here Holding Me Hostage At C.M.H.C. And Know I sue these Two Counties In Which this Faculity Sets, And the UnConstitutional Ways they run this Place. Restricting some of Government Priviledges. Communications - Phone & Writing & Visitations & Federal Mail Tampering. Amonst Other things. Overdoses of Wrong Drugs, Buy Inexsprence Doctors or Nurses.

Pat Kelly Administrator
1-618-826-4571
Switch Board

RECEIVED
JUN 2 0 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Thanking You In Advance;
Case No. 05-C-5428
Mr. Vincent Thompson III

Filling Second: Randoulph County & St. Clair County.



